# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Brittaney Browning,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>Midland Credit Management, Inc.,; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No.:<br>1:12-cv-02134-RLV-JSA |

## PLAINTIFF BRITTANEY BROWNING'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Brittaney Browning, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: August 3, 2012

        Respectfully submitted,

        /s/  Cara Hergenroether, Esq.
        Attorney Bar No.: 570753
        Attorney for Plaintiff Brittaney Browning
        LEMBERG & ASSOCIATES L.L.C.
        1400 Veterans Memorial Highway
        Suite 134, #150
        Mableton, GA 30126
        Telephone: (855) 301-2100 ext. 5516
        Facsimile:   (888) 953-6237
        Email: chergenroether@lemberglaw.com

        Of Counsel To:

        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2012, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

           By /s/Cara Hergenroether
             Cara Hergenroether
             Georgia Bar No. 570753
             Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424